**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN BOYKIN, as Executor for the ESTATE OF ALVETTA WEBB, deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; PHWH HOLDINGS, LLC; PRESTIGE HEALTHCARE A.S. LLC; MARK STERN; JACOB KARMEL; NATHAN STERN,<br><br>Defendants. | Civil Action No. 2:22-cv-02939<br><br>**PLAINTIFF'S NOTICE OF FILING CERTIFICATES OF MERIT** |

**NOTICE OF FILING**

Plaintiff hereby files Certificates of Merit as to each Defendant named in the above-captioned action.

Respectfully Submitted,

Dated: September 22, 2022

BY: */s/ Matthew T. Stone*

Matthew T. Stone, Esquire
Pennsylvania Attorney ID No. 206409
**MURRAY, STONE & WILSON, PLLC**
One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
Telephone: 215-947-5300
Facsimile: 610-467-2881
Email: mstone@mswlawgroup.com
*Attorneys for Plaintiff*