# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BOYKIN, as Executor for the ESTATE OF ALVETTA WEBB, deceased,<br><br>  Plaintiff,<br><br>  -vs-<br><br>PLATINUM HEALHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a, WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; PHWH HOLDINGS, LLC; PRESTIGE HEALTHCARE A.S. LLC; MARK STERN; JACOB KARMEL; NATHAN STERN,<br><br>  Defendants. | Civil Action No. 2:22-cv-02939<br><br>**CERTIFICATE OF MERIT** |

## CERTIFICATE OF MERIT AS TO DEFENDANT
## PLATINUM HEALTHCARE GROUP, LLC

x   an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

   AND/OR

x   the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

   OR

☐ expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against this defendant.

Respectfully Submitted,

Dated: September 22, 2022      BY:   */s/ Matthew T. Stone*
Matthew T. Stone, Esquire
Pennsylvania Attorney ID No. 206409
**MURRAY, STONE & WILSON, PLLC**
One Belmont Avenue, Suite 310
Bala Cynwyd, PA  19004
Telephone:  215-947-5300
Facsimile:  610-467-2881
Email:  mstone@mswlawgroup.com
*Attorneys for Plaintiff*

2