**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN BOYKIN, as Executor for the ESTATE OF ALVETTA WEBB, deceased<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC, VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; PHWH HOLDINGS, LLC; PRESTIGE HEALTHCARE A.S., LLC; MARK STERN; JACOB KARMEL AND NATHAN STERN<br><br>Defendants. | Civil Action No. 2:22-cv-02939 |

**STIPULATION**

**AND NOW,** this 8th day of December, 2022, it is hereby **STIPULATED** and **AGREED** that Plaintiff's Complaint is Amended as follows:

1. Plaintiff's allegations contained in paragraphs 92 through 102, inclusive, are hereby **STRICKEN with prejudice; and**
2. Plaintiff's claims of Negligence *per se* are **DISMISSED with Prejudice.**

**MURRAY, STONE & WILSON, PLLC**

/s/ *Matthew T. Stone*

Matthew T. Stone, Esquire
*Attorney for Plaintiff*

Date:

**BURNS WHITE LLC**

Peter A. Callahan, Esquire
*Attorney for Defendants,*
*Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center, Vintage Healthcare, PHWH Holdings and Prestige Healthcare*

Date:

______________________________ **J.**