**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEVEN BOYKIN, as Executor for the ESTATE OF ALVETTA WEBB, deceased,

Plaintiff,

v.

PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; PHWH HOLDINGS, LLC; PRESTIGE HEALTHCARE A.S., LLC; MARK STERN; JACOB KARMEL and NATHAN STERN,

Defendants.

Case No. 2:22-cv-02939-KSM

RULE 7.1 DISCLOSURE STATEMENT

JURY TRIAL DEMANDED

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Court Judges and Magistrate Judges of the Court to evaluate the basis for possible disqualification or recusal, the undersigned for Defendants, PLATINUM HEALTHCARE GROUP, LLC, APEX GLOBAL SOLUTIONS LLC, APEX HEALTHCARE PARTNERS LLC, PLATINUM PA HOLDINGS LLC, MARK STERN, and NATHAN STERN certify that neither one has corporate parents, affiliates, and/or subsidiaries, which are publicly held..

Dated: January 10, 2023

Respectfully submitted,

**THE LAW OFFICE OF**
**JONATHAN D. LEVITAN, LLC**

By: */s/ Jonathan D. Levitan*
Jonathan D. Levitan, Esquire
Pennsylvania Attorney ID No. 53098
430 Williams Road
Wynnewood, PA 19096
Phone:(484) 413-2935
Jonathan@jdlevitanlaw.com

*Attorney for Defendants,*
*Platinum Healthcare Group LLC, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Platinum PA Holdings, Mark Stern, and Nathan Stern*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN BOYKIN, as Executor for the ESTATE OF ALVETTA WEBB, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; PHWH HOLDINGS, LLC; PRESTIGE HEALTHCARE A.S., LLC; MARK STERN; JACOB KARMEL and NATHAN STERN,<br><br>Defendants. | Case No. 2:22-cv-02939-KSM<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, attorney for Defendants, Platinum Healthcare Group LLC, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Platinum PA Holding LLC, Mark Stern, and Nathan Stern attest and certify that a true and correct copy of the foregoing *Rule 7.1 Disclosure Statement* was served pursuant to the Federal Rules of Civil Procedure via ECF and/or first-class U.S. Mail in the following manner on the date set forth below:

Mathew T. Stone, Esquire
Murray, Stone & Wilson, PLLC
One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
wmurray@mswlawgroup.com
mstone@mswlawgroup.com
*Attorneys for Plaintiff*

Peter A. Callahan, Esquire
Burns White LLC
1001 Conshohocken State Road, Suite 1-515
West Conshohocken, PA 19428
pacallahan@burnswhite.com
*Attorneys for Defendants,*
*Platinum Health at Westgate, LLC, d/b/a Westgate Hills Rehabilitation and Nursing Center; Vintage Healthcare, PHWH Holdings, and Prestige Healthcare*

Dated: January 10, 2023

**THE LAW OFFICE OF JONATHAN D. LEVITAN, LLC**

By: */s/ Jonathan D. Levitan*
Jonathan D. Levitan, Esquire
Pennsylvania Attorney ID No. 53098
430 Williams Road
Wynnewood, PA 19096
Phone: (484) 413-2935
Jonathan@jdlevitanlaw.com

*Attorney for Defendants,*
*Platinum Healthcare Group LLC, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Platinum PA Holdings LLC, Mark Stern, and Nathan Stern*