# EXHIBIT "B"



Murray, Stone & Wilson, PLLC
One Belmont Avenue
Suite 310
Bala Cynwyd, PA 19004
(215) 947-5300

February 24, 2023

**Via Email: pacallahan@burnswhite.com;**
**wjmundy@burnswhite.com**
Peter A. Callahan, Esquire
William J. Mundy, Esquire
BURNS WHITE LLC
1001 Conshohocken State Road, Suite
1-515 West Conshohocken, PA 19428

    **Re:**    **Webb vs. Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation**
              **and Nursing Center, Vintage Healthcare, PHWH Holdings and Prestige Healthcare**
              **et al.**
              United States District Court for the Eastern District of Pennsylvania
              Civil Case No. 22-2939-KSM

Dear Counsel,

    A review of my file indicates that I have not yet received Defendants' responses to Plaintiff's Interrogatories (Set I), and Requests for Production of Documents (Set I and II) forwarded in the above matter on January 4, 2023.

    Please provide Defendants' verified responses to same within ten (10) days of the date of this letter so that we may avoid motion practice on this issue.

    Thank you for your attention to the above.

              Sincerely,

              **MURRAY, STONE & WILSON, PLLC**

              */s/ Matthew T. Stone*
              Matthew T. Stone, Esquire
              *mstone@mswlawgroup.com*

MTS/jh
cc:    Jonathan D. Levitan, Esquire  (via email: Jonathan@jdlevitanlaw.com)