**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVEN BOYKIN,** as Executor for the ESTATE OF ALVETTA WEBB, deceased,<br><br>  Plaintiff,<br><br>  *v.*<br><br>**PLATINUM HEALTHCARE GROUP, LLC et al.,**<br><br>  Defendants. | **CIVIL ACTION**<br><br>**NO. 22-2939-KSM** |

## <u>ORDER</u>

  **AND NOW**, this 31st day of January, 2024, upon consideration of Plaintiff's Unopposed Motion to Settle (Doc. No. 41) and Supplemental Brief in Support of Plaintiff's Uncontested Petition to Settle (Doc. No. 46), it is **ORDERED** that the Motion is **GRANTED** and the parties' proposed settlement is **APPROVED.**  Plaintiff is authorized to enter into a settlement with Defendant for the gross sum of $225,000.  Defendant shall provide the settlement payment to Plaintiffs' counsel for distribution in accordance with this Order.

  **IT IS FURTHER ORDERED** that the settlement proceeds shall be allocated and distributed as follows:

|  |  |
|---|---|
| TO: Murray, Stone & Wilson, PLLC:<br>Counsel Fees, per Fee Contract | $90,000.00 |
| TO: Murray, Stone & Wilson, PLLC<br>Reimbursement of Costs, per Fee Contract | $4,890.93 |
| TO: Murray, Stone & Wilson, PLLC<br>Skarlatos & Zonarich – Probate Costs | $12,294.66 |
| TO: Murray, Stone & Wilson, PLLC<br>Cost Retainer | $1,000.00 |

TO: Murray, Stone & Wilson, PLLC – Escrow Account      $10,889.73
Maximum Estimated Medicare lien

TO: Murray, Stone & Wilson, PLLC – Escrow Account      $17.80
Maximum Estimated Medicaid lien

TO: Murray, Stone & Wilson, PLLC – Escrow      $700.00
(Professional fees for lien resolution)

**BALANCE:**      **$105,206.88**

WRONGFUL DEATH (100%)      $105,206.88
TO: Steven Boykin (son)      $52,603.44
TO: Gregory Boykin (son)      $52,603.44

The Administrator is authorized to make disbursements, including attorneys' fees and costs, pursuant to the Motion and to execute all necessary releases, endorse all checks and to make appropriate distribution.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.